<u>**NOT FOR PUBLICATION**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANSELMO MILLAN,<br><br>    Plaintiff,<br><br>    v.<br><br>TOWN OF HARRISON, *et al.*,<br><br>    Defendants. | No. 20cv2241 (EP) (CLW)<br><br>**ORDER** |

    Defendants having moved for summary judgment (D.E. 39), Plaintiff having opposed, and the Court having considered the motion papers and all other relevant items on the docket, and having determined that oral argument is not necessary to resolve the motion, and for good cause shown,

    **IT IS**, on this **1st** day of **December** 2023, for the reasons in the accompanying Opinion,

    **ORDERED** and **ADJUDGED** that Defendants' summary judgment motion (D.E. 39) is **GRANTED**, and the Complaint shall be **DISMISSED**.[1]

_____
Evelyn Padin, U.S.D.J.

---

[1] This constitutes a final, appealable order.