UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-2882
_____

ANSELMO MILLAN,
                        Appellant

v.

MUNICIPALITY OF HARRISON; JAMES A. FIFE,
individually and in his official capacity
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 2:20-cv-02241)
District Judge: Honorable Evelyn Padin
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
June 6, 2025

Before: HARDIMAN, BIBAS, and FISHER, *Circuit Judges*.
_____

JUDGMENT
_____

      This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on June 6, 2025. On consideration whereof, it is now hereby

      ORDERED and ADJUDGED by this Court that the order of the District Court entered September 13, 2024, and the judgment of the District Court entered December 1, 2023, be and the same are hereby AFFIRMED. All of the above in accordance with the Opinion of this Court.

      Costs taxed against Appellant.

                                    ATTEST:

                                    <u>s/ Patricia S. Dodszuweit</u>
Dated:  August 15, 2025          Clerk